# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE MOSKOWITZ, an individual, and DAVID WOOD, an individual, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　　　　　　　　　Defendants. | CASE NO. 07cv1287-LAB (WMc)<br><br>**ORDER OF DISMISSAL** |

On July 16, 2007, Plaintiffs filed their complaint in this putative class action. On August 15, 2007, before Defendant had answered or filed a motion for summary judgment, and before any class had been certified, Plaintiffs filed their notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(i). This case has been proposed for transfer and coordination pursuant to 28 U.S.C. § 1407, but has not yet been ordered transferred. Therefore, this action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

DATED: August 19, 2007

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

07cv1287